

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00757-CV

**IN THE INTEREST OF D.E.M., A.F.G, M.L.R.G., K.E.G., AND A.G., CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02236
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

In this accelerated appeal of the November 2, 2017 order terminating both Appellant Dad's and Appellant Mom's parental rights to their children, Appellants' briefs were due to be filed with this court on December 27, 2017. *See* TEX. R. APP. P. 38.6(a). On the briefs' due date, Appellants filed separate, unopposed motions for a twenty-day extension of time to file their briefs.

Appellants' motions are GRANTED. Appellants' briefs are due to be filed in this court by January 16, 2018. *See id.* Further motions for extension of time to file Appellants' briefs are discouraged. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court